UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE:  JANIE S. MAYERON |
| Plaintiff(s), | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          09-363 (DWF/JSM) |
| | ) | Date:               October 27, 2010 |
| PETCO ANIMAL SUPPLIES | ) | Time Started:    10:00 a.m. |
| STORES, INC., | ) | Time Concluded: 2:00 p.m. |
| | ) | Time in Court:  4 Hours |
| Defendant(s). | ) | |

SETTLEMENT CONFERENCE

PROCEEDINGS:

    X    Confidential Settlement reached.  Terms stated on the record.

          Any transcript or copy of the audio file of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

s/KH
Judicial Assistant
