## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Medtronic, Inc., | Civil No. 09-363 (DWF/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Petco Animal Supplies Stores, Inc.; and International Pet Supplies and Distribution, Inc., | |
| Defendants. | |

---

David J. Taylor, Esq., and Jeffrey M. Baill, Esq., Yost & Baill, LLP, counsel for Plaintiff.

Aaron M. Ponce, Esq., Foley & Mansfield, PLLP, counsel for Defendants.

Jon R. Russell, Esq., Meagher & Geer, PLLP, counsel for Intervenor.

---

Based upon the Stipulation of Dismissal filed by the parties on December 14, 2010 (Doc. No. [66]),

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 16, 2010        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge