# UNITED STATES DISTRICT COURT
## District of Minnesota

Medtronic, Inc.

V.

Petco Animal Supplies Stores, Inc.; and International Pet Supplies and Distribution, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  09-cv-363 DWF/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
.this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

| December 17, 2010 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/  Katie Thompson |
| | (By)          Katie Thompson    Deputy Clerk |